UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROLETA R. ROSSER, and those similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RTC RESOURCE ACQUISITION )<br>CORP., and unknown John and Jane Does, )<br>)<br>Defendants. ) | CASE NUMBER: 1:09-cv-0792 SEB-JMS |

**FINAL ORDER AND JUDGMENT**

Having considered the Confidential Settlement Agreement between the Plaintiff and the Defendant, and the entire record in the above-captioned action, and, upon joint motion of the parties through their respective attorneys, the Court hereby finds as follows:

1.  Plaintiff alleges claims under Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. § 2000(e) *et seq.*; the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*; the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d)(1); and the Indiana Wage Statute, I.C. § 22-2-5-1 *et seq.* Among other things, Plaintiff specifically contends that she is due allegedly unpaid overtime under the FLSA and unpaid wages under the EPA and the Indiana Wage Statute.

2.  Plaintiff's claims raised disputed issues of law and fact, and the parties agree that Plaintiff's claims raise individualized issues of fact and law that are unsuitable for treatment on a class or collective basis.

3. The Parties have now finalized and entered into a Confidential Settlement Agreement with respect to Plaintiff's claims.

5. The Confidential Settlement Agreement has been submitted to this Court for review and approval, and, as such, is a "supervised" settlement under the FLSA. *See, e.g., Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982).

6. Upon review, the Court finds that the Parties' Confidential Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

Therefore, it is hereby, ORDERED, ADJUDGED, AND DECREED that:

1. The Court hereby approves the terms of the Confidential Settlement Agreement as fair, reasonable, appropriate, and in accordance with law; and

2. Consistent with such Confidential Settlement Agreement, this action is hereby dismissed with prejudice; provided, however, that the Court will retain jurisdiction for the purpose of enforcing compliance with the terms of the settlement.

Dated:  01/26/2010

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution List

Charles B. Baldwin
charles.baldwin@odnss.com

Christopher Kenneth Starkey
starkeyck@msn.com

Christopher C. Murray
christopher.murray@ogletreedeakins.com

8126277.1 (OGLETREE)